

**FILED**

MAR 2 1 2012

CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF, | CASE #:11-CR-20551 |
| VS. | HON. ROBERT H. CLELAND |
| BRANDON RAY JOHNSON, D-6<br>DEFENDANT. | MAG. MONA K. MAJZOUB |
| AUSA Terrence R. Haugabook (P44554)<br>U.S. Attorney's Office<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>(313) 226-9157 | Harold Gurewitz (P14468)<br>Gurewitz & Raben, PLC<br>333 W. Fort Street, Suite 1100<br>Detroit, MI 48226<br>(313) 628-4733 |

**ORDER GRANTING DEFENDANT JOHNSON'S**
**EX PARTE MOTION TO SEAL INVESTIGATIVE REPORTS SUBMITTED**
**IN SUPPORT OF REPLY BRIEF IN SUPPORT OF MOTION FOR DISCOVERY**

Counsel for Defendant Johnson has submitted an ex parte motion to seal investigative reports submitted in support of his Reply Brief in Support of Motion for Discovery.

For the reasons stated in that Motion, Defendant's Motion to Seal Investigative Reports Submitted in Support of Reply Brief in Support of Motion for Discovery is GRANTED.

IT IS HEREBY ORDERED that the Investigative Reports shall be filed under seal.

__MAR 2 1 2012__
Date

_/s/ Robert H. Cleland_
Hon. Robert H. Cleland